# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICKIE DEARMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-16-0803-F |
| | ) |
| THE COMMISSIONER OF THE | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Vickie Dearmore filed this action seeking judicial review of the Social Security Administration's denial of plaintiff's application for benefits under the Social Security Act. Magistrate Judge Shon T. Erwin issued a Report and Recommendation on February 28, 2017, doc. no. 19, recommending that the court reverse the Commissioner's decision and remand for further administrative findings.

In his Report, the Magistrate Judge advised the parties of their right to file objections by March 14, 2017, and advised that failure to file timely objection to the Report would result in waiver of the right to appeal the factual and legal issues addressed in the Report. Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Erwin as stated in his Report and Recommendation. The Social Security Administration's decision is **REVERSED** and this case is **REMANDED** for further administrative findings.

IT IS SO ORDERED this 15th day of March, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0803p002.docx